IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID DARNELL BROWN, | ) | Bankruptcy No. 3:10-bk-11399 |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | Judge Paine |
| | | |
| DAVID DARNELL BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Contested Matter |
| | ) | Debtor's Complaint to Compel |
| | ) | Turnover |
| v. | ) | Ad. Proc. No. 3:10-ap-00604 |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF SETTLEMENT

It appearing to the Court that the Parties have agreed in the above styled cause it is hereby ORDERED, ADJUDGED, and DECREED that upon the payment of fifteen thousand dollars ($15,000.00) in certified funds made by the Debtor to the Department of Treasury that Debtor's collateral listed in Exhibit 1 as attached shall be returned to the Debtor.

Further, the Debtor shall begin making adequate protection payments monthly to the Internal Revenue Service in the amount of five thousand dollars ($5,000.00) per month, beginning 45 days from entry of this Order. After two (2) payments have been made, the items listed in Exhibit 2 shall be voluntarily returned to the Debtor. After four (4) payments have been made, the items listed in Exhibit 3 shall be returned to the Debtor; when six (6) payments have been made, the items listed in Exhibit 4 shall be returned to the Debtor; and when eight (8) payments have been made, the items listed in Exhibit 5 shall be returned to the Debtor by the Internal Revenue Service. The Internal Revenue Service will make the specified items available for the Debtor to pick up, at Debtor's expense, at mutually convenient times, and as soon as practicable after the required funds are paid by the Debtor.

The one $15,000.00 payment and the eight $5,000.00 payments referenced in this order shall be made by delivery of certified funds to counsel for the Internal Revenue Service, Caroline R. Krivacka, 810 Broadway, Suite 400, Nashville, TN 37203.

The Internal Revenue Service shall remain as a secured creditor in the Debtor's bankruptcy plan until such time as a plan of reorganization is confirmed by this Court.

If the debtor fails to make any of the payments pursuant to the terms of this Agreed Order, the Internal Revenue Service will file an Order of Non-Compliance with the Court and the stay will be lifted within ten days of entry of the Order of Non-compliance to allow the Internal Revenue Service to sell the items remaining in the custody of the Internal Revenue Service. Debtor will not oppose the lifting of any stay in effect at the time of the defaulted payment or pursue turnover of any items remaining in the custody of the Internal Revenue Service. At that time, the Internal Revenue Service will pursue sale of the remaining items.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED ONT EH TOP OF THE FIRST PAGE*

        Respectfully submitted,

        /s/ Lynda F. Jones
        Lynda F. Jones, Esq.
        The Jones Law Group, PLLC
        343 Harrison Street
        Nashville, TN  37219
        Telephone (615) 983-4500
        Fax (615) 983-4502
        lyndafjones@gmail.com

        JERRY E. MARTIN
        United States Attorney
        Middle District of Tennessee

        /s/ Caroline R. Krivacka
        CAROLINE R. KRIVACKA
        Special Assistant
            United States Attorney
        Treas. No. 62-11093
        810 Broadway, Suite 400
        Nashville, TN  37203-3870
        Telephone: 615-250-5500
        Fax:  615-250-5502
        nashvillebkdkt@irscounsel.treas.gov

    Date:   November 23, 2010

| | **EXHIBIT 1** |
|---|---|
| 1 | Digidesign digital mixing board with 24 channels |
| 2 | Akai Professional MPC 2000XL drum machine, midi production center, |
| 3 | Roland MV-8000 product studio (drum machine) |
| 4 | Allen & Heath GL2400 mixing board |
| 5 | Stanton turntable |
| 6 | Stanton dj cd turntable |
| 7 | Alesis masterlink ML-9600 High-Resolution Master Disk Recorder |
| 8 | Universal Audio amplifier |
| 9 | Sony power supply unit |
| 10 | Midi 2 piece Digidesign loopmaster |
| 11 | Monster Power Pro 2500 professional power center |
| 12 | T C Electroic Reverb 4000 |
| 13 | Behringer Powerplay Pro XL 4 channel headphone distribution amplified with headphones |
| 14 | Tascam Professional cd rewritable recorder, 2004 |
| 15 | Yamaha motif ES6 keyboard |
| 16 | Roland Fantom X8 Keyboard |
| 17 | Cabinet with Furman Linear filter Pro 2500, Monster Powerpro 2500 professional power center, Roland fatom XR, 128 voice |
| 18 | synthesizer sampler, KORG Triton-Rack expandable high module sampler |
| 19 | JRX 100 Powered Subwofer, 500 watt built in amplifier |
| 20 | 2 2008 Mackie Active Sound Reenforcement speaker system |
| 21 | Octave Copy Master 2 cd duplicator |
| 22 | Apple Powermack G5, 1969C with keyboard and mouse |
| 23 | Rocstore firewire harddrive |
| 24 | RocStor firewire harddrive |
| 25 | 2 JBL Professional bi-amplified monitors |
| 26 | Sony condenser microphone |
| 27 | Black leather swivel glider chair |

| | EXHIBIT 2 |
|---|---|
| 1 | LG Flatron Plasma 51 inch tv with remote, speakers |
| 2 | Canon LV-53 projector |
| 3 | Sharp Vision projector |
| 4 | Morantx DVD player |
| 5 | Marantz AV surround receiver |
| 6 | Toshiba VHS DVD due player with remote |
| 7 | Black leather home studio seating (3 piece set) |
| 8 | MX 3000 dynamic entertainment system remote, universal |
| 9 | Garmin Nuvi GPS w/car adaptor and mount |
| 10 | Artograph tracer projector |
| 11 | Samsung 40 inch LCD tv on short stand |
| 12 | 7 piece Onkyo amplifier 2 polk audio wall speakers, 2 polk audio speakers on stand, 1 standing polk audio speaker, 1 polk audio |
| 13 | Samsung 55 inch projection tv on stand |
| 14 | 7 piece Samsung surround sound system 4 tower speakers, sub woofer, center channel and CD stand |
| 15 | Sharp Aquos 32 inch LCD tv |
| 16 | Sharp Aquos 20 inch LCD tv |
| 17 | center channel speaker, 2 remotes |
| 18 | Apco Projecta scope |
| 19 | African Musical Instrument |
| 20 | "V' Vibe Award from 2004 "Best Group-G-Unit) |
| 21 | 50 Cent Double Platinum Sales Get Rich or Die Tryin, picture Canada 2004 |
| 22 | 50 Cent 6 time Certified Platinum, Get Rich or Die Tryin picture, Canada 2004 |
| 23 | 50 Cent 4 time Certified Canadian Platinum picture Canada 2004 |

| | EXHIBIT 2 |
|---|---|
| 24 | 50 Cent Plaque with album Get Rich or Die Tryin, 100,000 copies sold |
| 25 | 50 Cent Gold Record Award for Get Rich or Die Tryin |
| 26 | 50 Cent-Get Rich of Die Tryin 10 million world wide sales Award from Aftermath Laterscope Records |
| 27 | 50 Cent -Get Rich or Die Tryin Award Presented to Young Buck |
| 28 | Picture of 50 Cent, Lloyd Banks, and G-Unit member performance |
| 29 | 50 Cent "Get Rich or Die Tryin" and "The Massacre: Award presented to Young Buck in the Asia Region June 2006 |
| 30 | Sundeck Gold Award presented to Young Buck |
| 31 | 50 Cent Award Preesnted to Young Buck in Commeration of Platinum Sales for 50 Cent Massacre album |
| 32 | 50 Cent Get Rich of Die Tryin Award presented to Young Buck in Recognition of Achieving Gold in New Orleans. |
| 33 | Double Platinum Award New Zealond 2006 |
| 34 | Potrait of Lloyd Banks, Tonny Yao Yao, 50 cent, Eminem and Young Buck |
| 35 | G-Unit Beg for Mercy Award pictures |
| 36 | Award Presnted to Young Buck |
| 37 | Young Buck Painting entitled "Where Art Meets Fashion: |
| 38 | Award Presented to Young Buck |
| 39 | XXL Award May 2007 |
| 40 | Drawing of Young Buck (Rap Artis) by Sher Wel |
| 41 | Drawing of the Original G-Unit Crew |
| 42 | G Unit Crew framed photo |
| 43 | Picture of Members of G-Unit 50 Cent and Lloyd Banks |
| 44 | Framed newspaper clippings from the Tennessean |
| 45 | G-Unit Clothing Modeled by Young Buck picture |
| 46 | 1,000,000 milion copies Award "Straight Outta Cashville |
| 47 | Award for gold sales-Beg for Mercy |

| | EXHIBIT 2 |
|---|---|
| 48 | Award-Get Rich Quick or Die Tryin Australia |
| 49 | Award-First Annual Hip Hop-Did you Miss Me |
| 50 | Award-500,00 copies June 2003 |
| 51 | Award to Young Buck-150,000 copies of the Album Get Rich or Die Tryin-Germany 2003 |
| 52 | Award presented to Young Buck Certified sales over 1 million |
| 53 | Faux Fur Mens light grey coat w/ YB Cashville" stitched inside |
| 54 | GINO Green Global Blue Leather coat with stiched "g"s on the outside |
| 55 | Al Wissann white leather coat w/Detroit Motor City embroidry |
| 56 | White leather watch with inscription on back |

EXHIBIT 3

| PROPERTY DESCRIPTION | LEVEL OF HOUSE | ROOM | COMMENTS |
|---|---|---|---|
| LG Stainless side by side refrigerator with tv and remote | Basement | Kitchen | 3 |
| Ms. Pac Man video game | Basement | Rec Room | 3 |
| Navy Blue Full face motorcyle helmet | Basement | | 3 |
| Black leather Harley Davidson Motorcycle gloves | Basement | | 3 |
| Approximately 8 white leather dining chairs with metal frames | Main Floor | Dining Room | 3 |
| 5 ft silver wall mirror | Main Floor | Foyer | 3 |
| Panasonic 43 inch Plasma tv | Main Floor | Kitchen | 3 |
| Glasstop table with 3 matching chairs w/white leather seats | Main Floor | Kitchen | 3 |
| Off white "L" sectional sofa | Main Floor | Living Room | 3 |
| Marble coffee table with metal frame | Main Floor | Living Room | 3 |
| Small glass sofa table | Main Floor | Living Room | 3 |
| Large glass sofa table | Main Floor | Living Room | 3 |
| Brown table lamp | Main Floor | Living Room | 3 |
| Lacoste Black Wool Coat | Main Floor | Master Bedroom | 3 |
| Live Mechanics Black vest with purple lining | Main Floor | Master Bedroom | 3 |
| Bachrach 42L black suit jacket w/36W Black pants (white pin stripe) | Main Floor | Master Bedroom | 3 |
| Eight 732 Royal Fleet Hoodie (black) with embroidry | Main Floor | Master Bedroom | 3 |
| Barney's Leather coat black w/shirt buttons and hem | Main Floor | Master Bedroom | 3 |
| Harley Davidson Black leather coat | Main Floor | Master Bedroom | 3 |
| Live Mechanics Brown coat | Main Floor | Master Bedroom | 3 |
| Multi-color blue cuff links | Main Floor | Master Bedroom | 3 |
| Men's black leather wallet | Main Floor | Master Bedroom | 3 |
| White sofa, leather with curved style and back | Main Floor | Sitting Room | 3 |
| White swivel leather chair | Main Floor | Sitting Room | 3 |
| White swivel leather chair | Main Floor | Sitting Room | 3 |
| 5 ft lamp w/white leather shade | Main Floor | Sitting Room | 3 |
| 5 ft lamp with white leather shade | Main Floor | Sitting Room | 3 |
| 3 ft table lamp with white leather shade | Main Floor | Sitting Room | 3 |
| White/Silver 3 ft Santa decoration | Main Floor | Sitting Room | 3 |
| Wooden bed with headboard, rails, foot board | Second Floor | Guest Room | 3 |
| Wooden dresser | Second Floor | Guest Room | 3 |
| Wooden nightstand | Second Floor | Guest Room | 3 |

EXHIBIT 4

| PROPERTY DESCRIPTION | LEVEL OF HOUSE | ROOM | COMMENTS |
|---|---|---|---|
| Indigenous Art from Australia, wood frame |  |  | 4 |
| X-Box machine | Basement | Rec Room | 4 |
| Mini football helmets in case | Basement | Rec Room | 4 |
| Wooden fooz ball table | Basement | Rec Room | 4 |
| Craps gaming table | Basement | Rec Room | 4 |
| Blvd Broken Dreams sign | Basement | Rec Room | 4 |
| Arcade Legends video game | Basement | Rec Room | 4 |
| Louis Vuitton gun holster | Basement | Studio | 4 |
| Al Pacino Scarface picture | Basement |  | 4 |
| The Rat Pack Pool table picture | Basement |  | 4 |
| Print-Titans autographed-Lendall White | Basement |  | 4 |
| Print-Snoop Dog and Tupac | Basement |  | 4 |
| Glow mirrow marijuana leaf picture | Basement |  | 4 |
| Titans Refrigerated soda machine | Basement |  | 4 |
| Tattoo Kit | Basement |  | 4 |
| Titans Bar Stool | Basement |  | 4 |
| New 2000 count bucket pain balls | Garage |  | 4 |
| Clear bar with 2 stools and electric light 4 ft tall | Main Floor | Kitchen | 4 |
| Abstract print infused on wood frame | Main Floor | Living Room | 4 |
| Indigenous Art from Australia, wood frame | Main Floor | Living Room | 4 |
| Picture "Five Gauche" #80 acrylic screen print | Main Floor | Living Room | 4 |
| Abstract Print "Dlut Nude" | Main Floor | Living Room | 4 |
| Abstract Print titled "Discovery I" | Main Floor | Living Room | 4 |
| Abstract Art-Impressionist | Main Floor | Living Room | 4 |
| Abstract-silver/white dimensional squares | Main Floor | Living Room | 4 |
| Royal Copenhagen white bears figurines (3) | Main Floor | Living Room | 4 |
| 4 set black and white studio style candles | Main Floor | Living Room | 4 |
| 3 piece black and black and white vases | Main Floor | Living Room | 4 |
| 12" Ebony spiral jar | Main Floor | Living Room | 4 |
| Silver Statue | Main Floor | Living Room | 4 |
| Silver decorative vases | Main Floor | Living Room | 4 |
| Round clear decorative art (2 pieces) | Main Floor | Living Room | 4 |
| De Amechi Black Faux Fur Men's coat | Main Floor | Master Bedroom | 4 |
| Hand crafted snake skin purse from Nigeria | Main Floor | Master Bedroom | 4 |
| Throwbacks NFL Mitchell & Ness Browns Jacket | Main Floor | Master Bedroom | 4 |
| Stall & Dean Aviation Jacket (Navy Blue) | Main Floor | Master Bedroom | 4 |
| Artful Dodger Black Nylon Jacket with embroidry | Main Floor | Master Bedroom | 4 |
| Black mobile watch in box w/accessories | Main Floor | Master Bedroom | 4 |
| Black leather Bank watch w/skull on face-diamond chips around face | Main Floor | Master Bedroom | 4 |
| Ed Hardy, "Love kills slowly" watch w/black | Main Floor | Master | 4 |

EXHIBIT 4

| | | | |
|---|---|---|---|
| band | | Bedroom | |
| Sweet Romance brand black and stone cross necklace with chain | Main Floor | Master Bedroom | 4 |
| Multicolored stone chain necklace | Main Floor | Master Bedroom | 4 |
| Skull Chains | Main Floor | Master Bedroom | 4 |
| Black leather bracelet with silver spikes | Main Floor | Master Bedroom | 4 |
| Black leather skull wrist band | Main Floor | Master Bedroom | 4 |
| Freeze brand stainless steel watch | Main Floor | Master Bedroom | 4 |
| 925 Italy Black Cross with black stones and chain | Main Floor | Master Bedroom | 4 |
| Decorative crystal and stones | Main Floor | Sitting Room | 4 |
| Misc. lot with cell phone, gloves, empty sun glass boxes, Uncle Mike's sidekick holster, Phillips I pod acessories, Pro tech Outdoors holster | | | 4 |

|   | **EXHIBIT 5** |
|---|---|
| 1 | 615 Cashville Records necklace |
| 2 | Breitling Bentley watch with diamond face and band |